IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Climmie Y. Butler | § | CASE NO. 12-39574-H2-13 |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

### DEBTOR(S)' RESPONSE TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING

At this time, Debtors have not provided a basis to oppose the Trustee's Motion to Dismiss filed on or about 4/29/2015 . However, Debtors' counsel request a hearing to protect Debtors' interest.

Respectfully submitted,

**THE SUGHRUE LAW FIRM, PLLC**

/s/ Jason D. Laas-Sughrue
Jason D. Laas-Sughrue
SBN: 24048150 / FBN: 602423
Mayur M. Patel
SBN: 24043863 / FBN: 573995
5225 Katy Freeway, Suite 505
Houston, TX 77007
Tel.: 713-228-0200 Fax: 713-588-8750
Attorneys for Debtor(s)

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following parties, and on the attached list, if any, by first-class mail or by electronic service via the Court's ECF filing system on 05/19/2015:

| Chapter 13 Trustee via Elecrtronic Service | Debtor via First-Class Mail |
|---|---|
| William E. Heitkamp | Climmie Y. Butler |
| Chapter 13 Trustee | 5014 Mabry Stream Court |
| 9821 Katy Freeway, Suite 590 | Katy, TX  77449 |
| Houston, TX 77024-1294 | |

/s/ Jason D. Laas-Sughrue
Jason D. Laas-Sughrue